CANADIAN BANK OF COMMERCE, Respondent, v. UNITED STATES FIDELITY & GUARANTY CO., Appellant. (Supreme Court, Appellate Division, First Department. June 21, 1907). Action by the Canadian Bank of Commerce against the United States Fidelity & Guaranty Company. E. A. Watson, for appellant. J. S. Montgomery, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CANTLIN, Respondent, v. KENNEDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Thomas J. Cantlin against Lawrence J. Kennedy and another. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs. ⟍

CANTOR, Appellant, v. ROBINSON, Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Lizzie Cantor against Ethel B. Robinson. B. Reass, for appellant. W. S. Haskell, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
McLAUGHLIN, J., dissents.

In re CAPPELLETTI. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) In the matter of the application of Carlo Cappelletti, for apportionment of the water tax assessed upon lands in the Thirty-First Ward, borough of Brooklyn, city of New York. No opinion. Order reversed, with $10 costs and disbursements, on the ground that the court had no power to cancel the lien of the tax for water charges in arrears on a summary application by motion, and motion denied, with costs.

CAPRON, Respondent, v. DOUGLASS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1907.) Action by D. Dudley Capron against J. Wallace Douglass.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents, on the ground that the court committed reversible error in excluding the testimony of the witness Dr. Fred J. Douglass.
ROBSON, J., not voting.

CARABBA, Respondent, v. BROOKLYN BOROUGH GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Violet Carabba, an infant, by Napoleone Carabba, her guardian ad litem, against the Brooklyn Borough Gas Company. No opinion. Motion for reargument denied, with costs.

In re CARLETON ISLAND CLUB. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) In the matter of of the Carleton Island Club.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held, that the court had no power to authorize the sale proposed upon the papers before it, in view of the provisions of section 13 of the membership corporation law and section 3390 et seq., of the Code of Civil Procedure, and, if it had power to authorize a sale, it would have been improper to authorize such sale for $5,000, when $6,000 could have been obtained for the property.
McLENNAN, P. J., dissents, and votes for reversal on the ground that the Special Term had power to make the order asked for, and, the motion having been denied solely because of want of power, the matter should be remitted to the Special Term to be passed upon on the merits.
ROBSON, J., not voting.

CARR, Respondent, v. MARY POWELL STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Ida E. Carr against the Mary Powell Steamboat Company. No opinion. Judgment and order unanimously affirmed, with costs.

CARRIER et al., Respondents, v. PACKARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Isaac A. Carrier and others against Mark Packard.
PER CURIAM. Order modified, in accordance with memorandum filed with the clerk.
McLENNAN, P. J., dissents. ROBSON, J., not sitting.

CARROL, Respondent, v. DUBIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Abraham Carrol against Morris Dubin and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re CHANGE OF GRADE COMMISSION. (Supreme Court, Appellate Division, First Department. May 17, 1907.) In the matter of the change of grade commission. No opinion. Extension of time granted. Orders signed.

In re CHASE. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) In the matter of the application of William Sheafe Chase for the revocation of the license of the Columbia Theatre, etc. No opinion. Motion granted, without costs, and appeal dismissed, without costs.

In re CISNEY. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) In the matter of the application of George W. Cisney for admission to the bar. No opinion. Application granted.

CITY OF GENEVA, Appellant, v. HENSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.)